**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Beekman Liquors, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  13-1839981

**4. Debtor's address**

Principal place of business:
**500 Lexington Avenue**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

**New York**
County

Mailing address, if different from principal place of business:
_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Beekman Liquors, Inc.**    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Beekman Liquors, Inc.**                                              Case number (*if known*)
        Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name      _____
         Phone             _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Beekman Liquors, Inc.**     Case number (*if known*)
   Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 13, 2016**
              MM / DD / YYYY

**X** **/s/ David Frieser**          **David Frieser**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Bruce R. Alter**          Date **May 13, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Bruce R. Alter**
Printed name

**Alter & Brescia, LLP**
Firm name

**550 Mamaroneck Avenue**
**Suite 401**
**Harrison, NY 10528**
Number, Street, City, State & ZIP Code

Contact phone **(914) 670-0030**     Email address **info@altergoldlaw.com**

**0457**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Beekman Liquors, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 13, 2016**         X **/s/ David Frieser**
                                        Signature of individual signing on behalf of debtor

                                        **David Frieser**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Beekman Liquors, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 277 Park Avenue, LLC<br>277 Park Avenue<br>New York, NY 10172 | | Commercial Lease Agreement | Disputed | | | $166,514.84 |
| America Express Corporate Card<br>American Express<br>200 Vesey Street<br>New York, NY 10285-3106 | | | Disputed | | | $8,470.41 |
| American Express Bank, FSB<br>American Express Merchant Fina<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | | | Disputed | $104,853.33 | $0.00 | $104,853.33 |
| Bank of America Business Card<br>P.O. Box 15796<br>Wilmington, DE 19886 | | | Disputed | | | $15,117.86 |
| Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161 | | | Disputed | | | $6,717.00 |
| Empire Merchants<br>16 Bridgewater Street<br>Brooklyn, NY 11201 | | | Disputed | | | $27,118.32 |
| Frederick Wildman & Sons<br>307 East 53rd Street<br>New York, NY 10022 | | | Disputed | | | $2,440.00 |

| Debtor | **Beekman Liquors, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service**<br>**Centralized**<br>**Insolvency Operati**<br>**P.O. Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | | **Disputed** | | | $0.00 |
| **Liquor Pak**<br>**Insurance**<br>**3 Wing Drive**<br>**Cedar Knolls, NJ**<br>**07927** | | | **Disputed** | | | $7,235.98 |
| **Martin Scott Wines**<br>**31 West 27th Street**<br>**7th Floor**<br>**New York, NY 10001** | | | **Disputed** | | | $6,346.97 |
| **Merchant Cash &**<br>**Capital**<br>**dba BizFi**<br>**460 Park Avenue**<br>**South**<br>**New York, NY 10016** | | | **Disputed** | $238,789.00 | $0.00 | $238,789.00 |
| **Michael Skurnik**<br>**Wines**<br>**100 Jericho**<br>**Quadrangle**<br>**Jericho, NY 11753** | | | **Disputed** | | | $10,367.66 |
| **Monsieur Touton**<br>**Selections**<br>**129 West 27th Street**<br>**New York, NY 10001** | | | **Disputed** | | | $7,500.00 |
| **MS Walker**<br>**270 North Avenue**<br>**New Rochelle, NY**<br>**10801** | | | **Disputed** | | | $3,717.50 |
| **NYC Dept. of**<br>**Finance**<br>**345 Adams Street,**<br>**3rd Floor**<br>**Attn: Legal Affairs**<br>**Brooklyn, NY 11201** | | | **Disputed** | | | $0.00 |
| **NYS Dept. of**<br>**Taxation & Financ**<br>**Bankruptcy/Special**<br>**Procedures**<br>**P.O. Box 5300**<br>**Albany, NY**<br>**12205-0300** | | 2014, 2015 and 2016 Sales and Use Tax | **Disputed** | | | $172,000.00 |
| **Opici Family**<br>**Distributors**<br>**3 Manhattanville**<br>**Road**<br>**Purchase, NY 10577** | | | **Disputed** | | | $4,643.67 |

Debtor **Beekman Liquors, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Royal Wine Company** 63-65 Lefante Way Bayonne, NJ 07002 | | | **Disputed** | | | $4,739.76 |
| **Southern Wine & Spirits** 1600 N.W. 163rd Street Miami, FL 33169 | | | **Disputed** | | | $15,126.04 |
| **Winebow** 31 West 27th Street New York, NY 10001 | | | **Disputed** | | | $4,054.43 |

# United States Bankruptcy Court
### Southern District of New York

In re **Beekman Liquors, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Frieser**<br>**115 E. 9th Street**<br>**Apt. 4L**<br>**New York, NY 10003** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 13, 2016**

Signature **/s/ David Frieser**
**David Frieser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Beekman Liquors, Inc.**                                                     Case No.
                                    Debtor(s)                                         Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 13, 2016**                          **/s/ David Frieser**
                                                 **David Frieser**/**President**
                                                 Signer/Title

```
277 PARK AVENUE, LLC
277 PARK AVENUE
NEW YORK, NY 10172


AMERICA EXPRESS CORPORATE CARD
AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285-3106


AMERICAN EXPRESS BANK, FSB
AMERICAN EXPRESS MERCHANT FINA
4315 SOUTH 2700 WEST
SALT LAKE CITY, UT 84184


AMERICAN EXPRESS MERCHANT FINA
P.O. BOX 981555
EL PASO, TX 79998


BANK OF AMERICA BUSINESS CARD
P.O. BOX 15796
WILMINGTON, DE 19886


BARBARA BOMZE
525 BERRY STREET
SAN FRANCISCO, CA 94107


CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161


DAVID FRIESER
115 E. 9TH STREET, APT. 4L
NEW YORK, NY 10003


EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11201


FREDERICK WILDMAN & SONS
307 EAST 53RD STREET
NEW YORK, NY 10022
```

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP
250 PARK AVENUE
NEW YORK, NY 10177


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


LIQUOR PAK INSURANCE
3 WING DRIVE
CEDAR KNOLLS, NJ 07927


MARTIN SCOTT WINES
31 WEST 27TH STREET
7TH FLOOR
NEW YORK, NY 10001


MERCHANT CASH & CAPITAL
DBA BIZFI
460 PARK AVENUE SOUTH
NEW YORK, NY 10016


MICHAEL SKURNIK WINES
100 JERICHO QUADRANGLE
JERICHO, NY 11753


MICHELLE ACKERMAN
115 E. 9TH STREET, APT. 4L
NEW YORK, NY 10003


MONSIEUR TOUTON SELECTIONS
129 WEST 27TH STREET
NEW YORK, NY 10001


MS WALKER
270 NORTH AVENUE
NEW ROCHELLE, NY 10801


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

```
NYS DEPT. OF TAXATION & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INSURANCE FUN
P.O. BOX 551
ALBANY, NY 12201


OPICI FAMILY DISTRIBUTORS
3 MANHATTANVILLE ROAD
PURCHASE, NY 10577


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


ROYAL WINE COMPANY
63-65 LEFANTE WAY
BAYONNE, NJ 07002


SECURITY & EXCHANGE COMM
NY REGIONAL OFFICE
3 WORLD FINANCIAL CTR, STE 400
NEW YORK, NY 10281-1022


SOUTHERN WINE & SPIRITS
1600 N.W. 163RD STREET
MIAMI, FL 33169


SOUTHERN WINE & SPIRITS
313 UNDERHILL BLVD.
SYOSSET, NY 11791


UNITED STATES ATTORNEY - SDNY
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007


UNITED STATES TRUSTEE'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004
```

```
WINEBOW
31 WEST 27TH STREET
NEW YORK, NY 10001
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Beekman Liquors, Inc.**                                  Case No.
                                 Debtor(s)                        Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Beekman Liquors, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 13, 2016 | /s/ Bruce R. Alter |
| Date | **Bruce R. Alter 0457** |
| | Signature of Attorney or Litigant |
| | Counsel for **Beekman Liquors, Inc.** |
| | **Alter & Brescia, LLP** |
| | **550 Mamaroneck Avenue** |
| | **Suite 401** |
| | **Harrison, NY 10528** |
| | **(914) 670-0030 Fax:(914) 670-0031** |
| | **info@altergoldlaw.com** |

# United States Bankruptcy Court
## Southern District of New York

In re  **Beekman Liquors, Inc.**                           Case No.

                                         Debtor(s)                    Chapter    **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Frieser**, declare under penalty of perjury that I am the **President** of **Beekman Liquors, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of May, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Frieser**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Frieser**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Frieser**, **President** of this Corporation is authorized and directed to employ **Bruce R. Alter, Esq.**, attorney and the law firm of **Alter & Brescia, LLP** to represent the corporation in such bankruptcy case."

Date    May 13, 2016                              Signed   /s/ David Frieser
                                                                                      **David Frieser**

Resolution of Board of Directors
of
**Beekman Liquors, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Frieser**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Frieser**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Frieser**, **President** of this Corporation is authorized and directed to employ **Bruce R. Alter, Esq.,** attorney and the law firm of **Alter & Brescia, LLP** to represent the corporation in such bankruptcy case.

Date  May 13, 2016                           Signed  **/s/ David Frieser**
                                                     **David Frieser**

Date _____             Signed _____